UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENEL SHANNONE BYRD,

                      Plaintiff,

-against-                              24cv9547 (LTS)

WESTCHESTER COUNTY POLICE              CIVIL JUDGMENT
DEPARTMENT, ET AL.,

                      Defendants.

       For the reasons stated in the May 21, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   August 21, 2025
            New York, New York

                                              /s/ Laura Taylor Swain
                                               LAURA TAYLOR SWAIN
                                            Chief United States District Judge